## Berger, Appellant, v. Silliman.

Argued April 24, 1969. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

Arnold Sousa, with him Jacob Philip, and Philip & Wimmer, for appellant.

Sidney R. Webb, for appellee.

Opinion Per Curiam, June 27, 1969:
In this action for specific performance of a contract for the conveyance of real estate, the parties stipulated

that the only issue involved is whether the wife-appellee was a party to the agreement. The chancellor determined that she signed as a witness rather than a party and the record adequately supports this finding.

Decree affirmed at appellant's costs.

Mr. Justice ROBERTS dissents and would grant specific performance against the appellee-wife on the grounds that the record clearly establishes that she acknowledged and ratified the written contract for the sale of the property.